IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
MAY 29 2019

RONNIE ELLIS,

    Plaintiff,

v.                        CIVIL ACTION NO. 4:18cv119

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

    Defendant.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation on cross-motions for summary judgment. ECF Nos. 9, 11. Plaintiff filed his Complaint on September 20, 2018. ECF No. 1. On November 27, 2018, the case was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. Section 636(b)(1)(B) and (C), Rule 72(b) of the Federal Rules of Civil Procedure, and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. ECF No. 7. On December 30, 2018, Plaintiff filed his motion for summary judgment. ECF Nos. 9–10. On January 23, 2019, Defendant filed her own motion for summary judgment. ECF Nos. 11–12.

On May 2, 2019, the Magistrate Judge filed his report recommending that Plaintiff's motion for summary judgment be **DENIED** and Defendant's motion be **GRANTED**. By copy of the report, each party was advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the report and the time for filing the same has expired.

1

The Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed May 2, 2019. It is therefore **ORDERED** that Plaintiff's motion for summary judgment is **DENIED**, Defendant's motion is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE.**

The Clerk shall provide a copy of this final Order to counsel for both Parties.

**IT IS SO ORDERED.**

Newport News, Virginia
May 29, 2019

/s/
Raymond A. Jackson
**United States District Judge**